UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALBERT F. CASTANEDA, § § § **Plaintiff** § § Vs. § § § THE TRAVELERS INDEMNITY § COMPANY AND LORINA MARSHALL § § **Defendants** | Civil Action No. SA-17-CA-356-XR |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME all Parties to the above styled and numbered cause giving notice to this Court that they have settled the above case and would show as follows:

1. The parties have settled and resolved all claims, counter-claims, and causes of action between them. The parties request that the Court take notice of this settlement and that the Clerk remove all scheduled hearings and deadlines from the docket of this case. The parties will be filing a Joint Motion for Dismissal With Prejudice in the near future.

DAVIS LAW FIRM
10500 Heritage Blvd., Ste. 102
San Antonio, Texas 78216
Telephone No: (210) 444-4444
Facsimile No: (210) 870-1521
Email: Stevec@jeffdavislawfirm.com

BY: _____
STEVE CICHOWSKI, OF COUNSEL
State Bar No. 00793507
ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above and foregoing instrument has been served in accordance with the Federal Rules of Civil Procedure, via Facsimile, on this day 20th day of July 2017, to:

**VIA FACSIMILE: 713-650-0027 AND U.S. REGULAR MAIL**
Bruce C. Gaible
LeClairRyan
1233 West Loop South, Suite 1000
Houston, Texas 77027
e-mail: bruce.gaible@leclairryan.com

STEVE CICHOWSKI.