UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| ALBERT F. CASTANEDA, | ) |
|    Plaintiff, | ) ) ) |
| VS. | )   Civil Action No: SA-17-CA-356-XR ) |
| THE TRAVELERS INDEMNITY CO. and LORINA MARSHALL, | ) ) ) |
|    Defendants, | ) ) ) |

**ORDER**

The parties have informed the Court that they have reached a settlement. Docket no. 7. To ensure that this cause does not remain on the Court's docket in the absence of a live controversy, the Court vacates all remaining deadlines and settings, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **August 21, 2017**. *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to do so.

It is so ORDERED.

SIGNED this 21st day of July, 2017.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE