**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| ALBERT F. CASTANEDA | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: SA-17-CA-356-XR |
| | § | |
| TRAVELERS INDEMNITY COMPANY | § | |
| AND LORINA MARSHALL | § | |

**STIPULATION OF VOLUNTARY DISMISSAL**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Respectfully submitted,

**DAVIS LAW FIRM**

By: _____
Steve Cichowski
Texas Bar No. 00793507
10500 Heritage Blvd., Suite 102
San Antonio, Texas 78216
Telephone (210) 870-1490
Facsimile (210) 785-0806
Email: stevec@jeffdavislawfirm.com

**ATTORNEY FOR PLAINTIFF,**
**ALBERT F. CASTANEDA**

LeClairRyan

By: _____
Bruce C. Gaible
Texas Bar No.: 07567400
1233 West Loop South, Suite 1000
Houston, Texas 77027
Telephone: (713) 752-8347
Facsimile:  (713) 650-0027
Email: bruce.gaible@leclairryan.com

**ATTORNEY FOR DEFENDANTS,
THE TRAVELERS INDEMNITY COMPANY
AND LORINA MARSHALL**

900098779.1